| | |
|---|---|
| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* <br> 1:17-CR-007- O(01) |
| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* <br> 2:24-cr-133 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Nancy Selenia Prather** | Northern District of Texas | Abilene Division |
| | NAME OF SENTENCING JUDGE | |
| | U.S. District Judge Reed O'Connor | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/14/2022    TO 01/13/2026 |

OFFENSE
Possession with Intent to Distribute 50 Grams or More of Methamphetamine & Aiding and Abetting, 21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(viii) and 18 U.S.C. § 2, a Class B felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision
Nancy Selenia Prather has stable residence in the District of Nevada, Las Vegas Division, and has no ties to the Northern District of Texas. Ms. Prather intends to remain in the District of Nevada, Las Vegas Division, throughout her term of supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Northern    DISTRICT OF    Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Nevada, Las Vegas Division    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

04/15/2024                  *[signature]*
Date                          U.S. District Judge Reed O'Connor

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE        DISTRICT OF    Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/3/2024                  *[signature]*
*Effective Date*                *United States District Judge*

1

```
         RECEIVED
ENTERED           SERVED ON
         COUNSEL/PARTIES OF RECORD

         6/6/2024

         CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:                      DEPUTY
```

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Nancy Selenia Prather
Case No.:  TO BE ASSIGNED

## REQUESTING ACCEPTANCE OF JURISDICTION

April 15, 2024

TO:    United States District Judge

On July 28, 2017, Nancy Selenia Prather was sentenced in the Northern District of Texas by the Honorable Judge Reed O'Connor to a term of 87 months imprisonment followed by four (4) years of supervised release for committing the offense of Possession with Intent to Distribute 50 grams or More of Methamphetamine & Aiding and Abetting, a Class B Felony. On January 14, 2022, Prather commenced her supervised release term. On April 16, 2023, the District of Nevada accepted supervision of Prather's case.

Prather has no intention of returning to the Northern District of Texas. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Reed O'Connor has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

*BrianaCasey*
Digitally signed by Briana Casey
Date: 2024.04.15 15:28:46 -07'00'

_____
Briana Casey
United States Probation Officer

Approved:

*Joy gck*    Digitally signed by Joy Gabonia
Date: 2024.04.15 14:41:20 -07'00'

_____
Joy Gabonia
Supervisory United States Probation Officer